# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUFUS MARSHALL, | NO. CV 09-6568 JSL (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JOHN F. SALAZAR, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: _Dec. 18_, 2009.

*Spencer Letts*

_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE